## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| COUPOUNAS, LLC d/b/a GOLITE, LLC,   ) | Case No. 14-23906 EEB |
| ) | Chapter 11 |
| Debtor in Possession    ) | |

### DEBTOR'S FIRST OMNIBUS MOTION FOR APPROVAL OF REJECTION OF UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY PURSUANT TO 11 U.S.C. § 365(a) *NUNC PRO TUNC* OCTOBER 13, 2014.

The above-captioned Debtor and Debtor-in-Possession ("**Debtor**") by and through undersigned counsel, herby files its First Omnibus Motion For Approval of Rejection of Unexpired Leases of Non-Residential Real Property Pursuant to 11 U.S.C. § 365(a) *Nunc Pro Tunc* October 13, 2014 (this "Motion").

### RULE 6006 (f) NOTICE TO PERSONS RECEIVING THIS MOTION

**PARTIES RECEIVING THIS OMNIBUS MOTION SHOULD LOCATE THEIR NAMES AND THEIR CONTRACTS OR LEASES LISTED ON THE ATTACHED EXHIBIT A TO DETERMINE IF THIS MOTION APPLIES TO A LEASE TO WHICH THEY ARE A PARTY.**

### BACKGROUND

**A.  Procedural Status**

1.  On October 13, 2014 (the "Petition Date"), the Debtor filed its voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtor continues in possession of its properties and in management of its business as a debtor-in-possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code.

2.  No trustee or examiner has been appointed herein. To date, no committee has been appointed by the United States Trustee herein.

**B.  Business Background**

3.  The Debtor was established in 1998 in Boulder, Colorado, initially producing twelve ultra-lite backpacking and apparel products that were introduced at the 1999 Outdoor

Retailer Show.  Debtor helped create the "Fast and Light" movement, winning awards and recognition for design and function.  Today Debtor offers a full range of lightweight, innovative and sustainable apparel and equipment designed specifically for outdoor athletes.

4.  Debtor's initial sales channel was wholesale, selling through specialty retailers and testing at big box stores such as REI.  Debtor added an additional sales channel through discount sales from a warehouse and eventually switched to direct retail sales model from leased retail locations.

5.  The Debtor has elected to use the Chapter 11 process to accomplish a sale of its business and assets in order to achieve the best possible recovery for creditors.

C.  **The Burdensome Leases**

6.  The Debtor is a party to numerous retail location leases in several states pursuant to which the Debtor is a lessee.  Before filing its chapter 11 petition, Debtor began to vacate certain locations, and this motion represents a further reduction in the Debtor's retail locations.  After extensive review and analysis, the Debtor has determined that certain retail leases are not necessary or beneficial to the Debtor's operations (the "**Burdensome Leases**").  These Burdensome Leases are identified on the attached **Exhibit A**.

D.  **Jurisdiction.**

7.  This Court has jurisdiction of this motion pursuant to 28 U.S.C. §§ 157 and 1334.  Venue of this case and this motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  The statutory predicates for the relief sought herein are section 365(a) of the Bankruptcy Code and Rule 6006 of the Federal Rules of Bankruptcy Procedure.

E.  **Statutory Authority**

8.  Pursuant to the Bankruptcy Code, the Debtor, subject to the Court's approval, may "reject any executory contract or unexpired lease" of the Debtor.  11 U.S.C. §365(a).

9.  After fully evaluating the advantages and disadvantages of each Burdensome Lease, the Debtor has exercised its business judgment and determined that it is in the best interest of the estate herein to immediately reject the Burdensome Leases identified on Exhibit A.

F.  **Business Justification for Rejection or Abandonment**

10.  The Burdensome Leases have no value to the Debtor or the estate herein.  Furthermore, if the Burdensome Leases are not promptly rejected, then the Debtor and the estate will be subjected to significant risks of potential administrative claims and other unwanted liabilities, with no corresponding benefits.  Therefore, the Debtor believes it is in the best interest of creditors and the Debtor's estate to reject and/or abandon the Burdensome Leases.

### G. Relevant Legal Authority

11. "In determining whether a debtor may be permitted to reject an executory contract, courts usually apply the business judgment test." *In re G. Survivor Corp.*, 171 B.R. 755, 757 (Bankr.S.D.N.Y. 1994). Generally, absent a showing of bad faith, or an abuse of business discretion, the debtor's business judgment will not be altered. *In re Bildisco*, 682 F.2d 72, 79 (3d Cir. 1982), *aff'd sub nom. N.L.R.B. v. Bildisco & Bildisco*, 465 U.S. 513, 104 S. Ct. 1188, 79 L.Ed2d 482 (1984); *Lubrizol Enterprises v. Richmond Metal Finishers (In re Richmond Metal Finishers, Inc.)* 756 F.2d 1048 (4th Cir. 1985); *Contol Data Corporation v. Zelman (In re Minges)*, 602 F.2d 38 (2d Cir. 1979). "Transposed to the bankruptcy context, the rule as applied to a bankrupt's decision to reject an executory contract because of perceived business advantage requires that the decision be accepted by courts unless it is shown that the bankrupt's decision was one taken in bad faith or in gross abuse of the bankruptcy retained business discretion." *In re Richmond Metal Finishers, Inc.*, 756 F.2d at 1047. Furthermore, "[i]t is enough if, as a matter of business judgment, rejection of the burdensome contract may benefit the estate." *In re Minges,* 602 F.2d at 43*, In re Chipwich, Inc.*, 54 B.R. 427, 431 (Bankr.S.D.N.Y. 1985).

12. The Debtor has exercised sound business judgment in deciding to reject the Burdensome Leases. The Burdensome Leases provide no benefit to the Debtor's estate and absent immediate rejection these agreements may saddle the estate with unwanted or unnecessary burdens. As a result, rejection is clearly warranted.

### NOTICE

13. Notice of this motion has been served upon all entities appearing on the creditor matrix filed in this case. A copy of such notice has been filed contemporaneously with this motion. Notice of this Motion and a copy of this Motion has been served upon: (a) each of the parties to the Burdensome Leases identified on Exhibit A attached hereto; (b) the Debtor's secured lender; (c) counsel for the secured lender; (d) counsel for the United States Trustee; and (e) those entities appearing on the list of 20 Largest Unsecured Creditors filed in this case.

### CONCLUSION

WHEREFORE, the Debtor respectfully requests that this Court enter an order granting the relief requested herein by approving the Debtor's decision to reject the above-described Burdensome Leases effective as of the Petition Date (October 13, 2014). The Debtor also requests that this Court grant such other and further relief as is just and appropriate.

Respectfully submitted this 15th day of October 2014.

>MARKUS WILLIAMS YOUNG &
>ZIMMERMANN  LLC
>
>
>By: *Donald D. Allen*
>Donald D. Allen, #10340
>James T. Markus, #25065
>1700 Lincoln Street, Suite 4550
>Denver, Colorado 80203-4505
>Telephone (303) 830-0800
>Facsimile (303) 830-0809
>
>Attorneys for Debtor-in-Possession

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of October, 2014, I caused a true and correct copy of the foregoing **DEBTOR'S FIRST OMNIBUS MOTION FOR APPROVAL OF REJECTION OF UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY PURSUANT TO 11 U.S.C. §§ 365(a) NUNC PRO TUNC, OCTOBER 13, 2014** to be placed in the United States mail, postage prepaid, to all persons listed.

| | |
|---|---|
| US Trustee<br>999 18th St., Ste. 1551<br>Denver, CO 80202 | |
| GEMCAP Lending I, LLC<br>24955 Pacific Coast Highway, Suite A202<br>Malibu, CA 90265 | Robert A. Boghosian, Esq.<br>Cohen Tauber Spievack & Wagner P.C.<br>420 Lexington Avenue<br>New York, NY 10170<br>*Attorney for GEMCAP Lending I, LLC* |
| AP RT 29, LLC<br>Red Onion Condominiums<br>c/o Pyramid Property Advisors<br>418 E. Cooper Avenue, Suite 207<br>Aspen, CO 81611 | BVCenterCal, LLC<br>Attn: Property Accountant<br>1600 East Franklin Avenue<br>El Segundo, CA 90245 |
| BVCenterCal, LLC (Tualatin, OR Location)<br>Bridgeport Village<br>7445 SW Bridgeport Rd., Suite E-110<br>Tualatin, OR 94224 | Craig Realty Group (Castle Rock Location)<br>Outlets of Castle Rock<br>5050 Factory Shops Blvd., #240<br>Castle Rock, CO 80108 |
| Craig Realty Group<br>Castle Rock LLC<br>P.O. Box 849876<br>Los Angeles, CA 90048 | Craig Realty Group (Cabazon Location)<br>Cabazon Outlets<br>48750 Seminole Drive, Suite 103<br>Cabazon, CA 92230 |
| Craig Realty Group<br>4100 MacArthur Blvd., Suite 200<br>Cabazon CO Stores<br>Newport Beach, CA 92660 | Craig Realty Group (Lehi, UT Location)<br>OUtlets of Traverse Mountain<br>3700 N. Cabela's Blvd., Suite 361<br>Lehi, UT 84043 |
| Craig Realty Group<br>Anthem<br>P.O. Box 849871<br>Los Angeles, CA 90084 | Craig Realty Group (Anthem Location)<br>Outlet of Anthem<br>4250 West Anthem Way, Suite 360<br>Phoenix, AZ 85086 |

| | |
|---|---|
| DDR Aspen Grove Lifestyle Center<br>P.O. Box 92388<br>3300 Enterprise Parkway<br>Cleveland, OH 44193 | DDR Aspen Grove Lifestyle Center (Littleton Location)<br>Aspen Grove Shopping Center<br>7301 S. Santa Fe Drive, #640<br>Littleton, CO 80120 |
| IMI Colorado Springs, Inc.<br>P.O. Box 912603<br>Denver, CO 80291 | IMI Colorado Springs LLC (Colo. Springs Location)<br>1885 Briargate Parkway, #310<br>Colorado Springs, CO 80920 |
| Meridian CenterCal, LLC<br>1600 E. Franklin Avenue<br>El Segundo, CA 90245 | Meridian CenterCal, LLC (Meridian Idaho Location)<br>The Village at Meridian<br>3597 E. Monarch Sky Lane, Suite 110<br>Meridian, ID 83646 |
| Station Park CenterCal, LLC<br>P.O. Box 410041<br>Salt Lake City, UT 84141 | Station Park CenterCal,LLC (Farmington,UT Location)<br>Station Park<br>825 W. East Promontory<br>Farmington, UT 84025 |
| Tanger Properties Limited Partnership<br>Agent for COROC/Park City LLC<br>3200 Northline Avenue, Suite 360<br>Greensboro, NC 27408 | Tanger Properties Limited Partnership (Park City, UT Location)<br>Tanger Outlets<br>6699 N Landmark Dr., Suite Number F110<br>Park City, UT 84098 |
| Woodburn Premium Outlets, LLC<br>7584 Solution Center<br>Chicago, IL 60677 | Woodburn Premium Outlets, LLC (Woodburn Location)<br>1001 Arney Road, Suite 906<br>Woodburn, OR 97091 |
| A Garment (HK) Limited<br>Wah Fung Ind Centre<br>33-39 Kwai Fung Crescent<br>KWAI CHUNG N.T.<br>**HONG KONG** | American Express<br>P.O. Box 650448<br>Dallas, TX 75265 |
| Dong In Entch CO<br>641-1 Gahyun-RI<br>Tongjin-Myeon<br>Gimpo-SI<br>**GYEONGGI-DO, KOREA** | Hollaender<br>10285 Wayne Avenue<br>Cincinnati, OH 45215 |

| | |
|---|---|
| Hanoman International LTD<br>Unit A2, 5/F Cheung Kong Bldg<br>6 Cheung Yee Street<br>Cheung Sha Wan<br>**KOWLOON - HONG KONG** | Kelly Services, Inc.<br>1212 Solutions Center<br>Chicago, IL 60677 |
| Jasper Outdoor Products LTD<br>Rm 1507 15/F<br>Westin Centre<br>26 Hung To Road<br>**KIWLOON - HONG KONG** | Marcus Alder Grove Co.<br>32 West 39th Street<br>New York, NY 10018 |
| Li & Fung (Trading) LTD<br>888 Cheung Sha Wan Road<br>**KOWLOON - HONG KONG** | Tung Sang Sleeping Bag Factory<br>Unit A 3/F<br>Houtex Industrial Builiding<br>16 Hung To Road<br>**Kowloon - HONG KONG** |
| Tabar, Inc.<br>251 Greenwood Avenue<br>Bethel, CT 06801 | Vision Products Company, Ltd.<br>R, 407 Ssangyong IT Twin Tower<br>531 Dunchon-daero Jungwon-do<br>Seongnam-Si Gyeonggi<br>**KOREA** |
| Zenith International LTD<br>3fNO 516 NEI HU RD<br>SEC 1<br>**Taipei 114 – TAIWAN** | Fashion Outlet of Santa Fe LLC<br>P.O. Box 912520<br>Denver, CO  80291 |

*s/Jenny F. Tokuoka*
Jenny Tokuoka