10/13/14 4:53PM

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
### District of Colorado

In re  Coupounas, LLC d/b/a GoLite, LLC
                                            Debtor(s)

Case No. _____
Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| A Garment (HK) Limited Wah Fung Ind Centre 33-39 Kwai Fung Crescent KWAI CHUNG N.T. HONG KONG | A Garment (HK) Limited Wah Fung Ind Centre 33-39 Kwai Fung Crescent HONG KONG | | | 1,335,200.41 |
| American Express P.O. Box 650448 Dallas, TX 75265 | American Express P.O. Box 650448 Dallas, TX 75265 | | | 106,304.85 |
| BVCenterCal, LLC Attn: Property Accountant 1600 East Franklin Avenue El Segundo, CA 90245 | BVCenterCal, LLC Attn: Property Accountant 1600 East Franklin Avenue El Segundo, CA 90245 | | | 129,608.28 |
| Caig Realty Group (Athem) PO Box 849871 Los Angeles, CA 90084 | Caig Realty Group (Athem) PO Box 849871 Los Angeles, CA 90084 | | | 80,592.48 |
| Craig Realty Group (Cabazon) 4100 MacArthur Blvd Ste 200 Cabazon CO Stores Newport Beach, CA 92660 | Craig Realty Group (Cabazon) 4100 MacArthur Blvd Ste 200 Cabazon CO Stores Newport Beach, CA 92660 | | | 165,780.74 |
| Craig Realty Group (Traverse Mountain) 4100 MacArthur Blvd. Ste 200 Newport Beach, CA 92660 | Craig Realty Group (Traverse Mountain) 4100 MacArthur Blvd. Ste 200 Newport Beach, CA 92660 | | | 86,023.16 |
| DDR Aspen Grove Lifestyle Ctr. P.O. Box 92388 3300 Enterprise Parkway Cleveland, OH 44193 | DDR Aspen Grove Lifestyle Ctr. P.O. Box 92388 3300 Enterprise Parkway Cleveland, OH 44193 | | | 82,165.00 |
| Dong In Entch CO 641-1 Gahyun-RI Tongjin-Myeon Gimpo-SI GYEONGGI-DO, KOREA | Dong In Entch CO 641-1 Gahyun-RI Tongjin-Myeon Gimpo-SI GYEONGGI-DO, KOREA | | | 385,438.59 |

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B4 (Official Form 4) (12/07) - Cont.
In re  Coupounas, LLC d/b/a GoLite, LLC
　　　　　　　　　Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Hanoman International LTD<br>Unit A2, 5/F Cheung Kong Bldg<br>6 Cheung Yee Street<br>Cheung Sha Wan<br>KOWLOON - HONG KONG | Hanoman International LTD<br>Unit A2, 5/F Cheung Kong Bldg<br>6 Cheung Yee Street<br>KOWLOON - HONG KONG | | | 457,696.96 |
| Hollaender<br>10285 Wayne Avenue<br>Cincinnati, OH 45215 | Hollaender<br>10285 Wayne Avenue<br>Cincinnati, OH 45215 | | | 76,567.48 |
| Jasper Outdoor Products LTD<br>Rm 1507 15/F<br>Westin Centre<br>26 Hung To Roda<br>KIWLOON - HONG KONG | Jasper Outdoor Products LTD<br>Rm 1507 15/F<br>Westin Centre<br>KIWLOON - HONG KONG | | | 484,545.38 |
| Kelly Services, Inc.<br>1212 Solutions Center<br>Chicago, IL 60677 | Kelly Services, Inc.<br>1212 Solutions Center<br>Chicago, IL 60677 | | | 158,535.27 |
| Li & Fung (Trading) LTD<br>888 Cheung Sha Wan Road<br>KOWLOON - HONG KONG | Li & Fung (Trading) LTD<br>888 Cheung Sha Wan Road<br>KOWLOON - HONG KONG | | | 439,607.09 |
| Marcus Alder Grove Co.<br>32 West 39th Street<br>New York, NY 10018 | Marcus Alder Grove Co.<br>32 West 39th Street<br>New York, NY 10018 | | | 77,882.32 |
| Meridian Centercal, LLC<br>1600 E Franklin Avenue<br>El Segundo, CA 90245 | Meridian Centercal, LLC<br>1600 E Franklin Avenue<br>El Segundo, CA 90245 | | | 107,629.68 |
| Station Park CenterCal, LLC<br>PO Box 410041<br>Salt Lake City, UT 84141-0041 | Station Park CenterCal, LLC<br>PO Box 410041<br>Salt Lake City, UT 84141-0041 | | | 89,324.69 |
| Tabar, Inc.<br>251 Greenwood Avenue<br>Bethel, CT 06801 | Tabar, Inc.<br>251 Greenwood Avenue<br>Bethel, CT 06801 | | | 110,550.66 |
| Tung Sang Sleeping Bag Factory<br>Unit A 3/F<br>Houtex Industrial Builiding<br>16 Hung To Road<br>Kowloon - HONG KONG | Tung Sang Sleeping Bag Factory<br>Unit A 3/F<br>Houtex Industrial Builiding<br>Kowloon - HONG KONG | | | 210,538.00 |
| Vision Products Company, Ltd.<br>R, 407 Ssangyong IT Twin Tower<br>531 Dunchon-daero<br>Jungwon-do<br>Seongnam-Si Gyeonggi<br>KOREA | Vision Products Company, Ltd.<br>R, 407 Ssangyong IT Twin Tower<br>531 Dunchon-daero<br>Seongnam-Si Gyeonggi KOREA | | | 208,577.20 |

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

10/13/14 4:53PM

B4 (Official Form 4) (12/07) - Cont.

In re  Coupounas, LLC d/b/a GoLite, LLC   Case No. _____
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Zenith International LTD<br>3fNO 516 NEI HU RD<br>SEC 1<br>Taipei 114 - TAIWAN | Zenith International LTD<br>3fNO 516 NEI HU RD<br>SEC 1<br>Taipei 114 - TAIWAN | | | 140,506.93 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President and Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  October 13, 2014           Signature  _Demetrios C.C. Coupounas_
                                            President and Managing Member

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.