**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: | ) |
| | ) |
| Coupounas, LLC | )   Case No. 14-23906 EEB |
| | )   Chapter 11 |
| | ) |
| Debtor. | ) |

**UNITED STATES TRUSTEE'S APPOINTMENT OF**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

The United States Trustee hereby appoints the following persons to the Official Unsecured Creditors' Committee in this case:

- Man Yee
  Jasper Outdoor Products, Ltd.
  Unit 601, 6/F Westin Centre
  26 Hung To Road, Kwun Tong
  Kowloon, Hong Kong
  Ph: (86) 1392 815 9839
  Fax: (852) 2343 6736
  email: manyee@jasper.com.hk

- Gary Schloss
  Tabar, Inc.
  251 Greenwood Avenue
  Bethel, CT 06801
  Ph: (203) 748-5242
  Fax: (203) 748- 0869
  email: gschloss@fownesbros.com

- Martin Leder
  LF <Trading> Ltd.
  12 Princeton Dr.
  Tappan, NY 10983
  Ph: (845) 365-3577
  Fax: (845) 365-6041
  email:  MartyLeder@lfusa.com

- John H. Reifschneider
  The Hollaender Manufacturing Co.
  10285 Wayne Ave.
  Cincinnati, OH 45215
  Ph: (513)772-8800
  Fax: (513) 772-8806
  email: JackR@hollaender.com

Dated:  October 28, 2014.

Respectfully submitted,

PATRICK S. LAYNG
UNITED STATES TRUSTEE

/s/ Alan K. Motes
By: Alan K. Motes, #33997
Trial Attorney for the U.S. Trustee
999 18th Street, Suite 1551
Denver, CO  80202
(303) 312-7999
(303) 312-7259 fax
Alan.Motes@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on the date set forth below a copy of the UNITED STATES TRUSTEE'S APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS was served via email to Jasper Outdoor Products, Ltd. and by deposit in the United States Mail, postage prepaid, to the following parties:

Dated: October 28, 2014

Coupounas, LLC  
6325 Gunpark Drve, Suite 102  
Boulder, CO 80301

James Markus  
1700 Lincoln, Suite 3550  
Denver, CO 80203

Gary Schloss  
Tabar, Inc.  
251 Greenwood Avenue  
Bethel, CT 06801

Martin Leder  
LF <Trading> Ltd.  
12 Princeton Dr.  
Tappan, NY 10983

John H. Reifschneider  
The Hollaender Manufacturing Co.  
10285 Wayne Ave.  
Cincinnati, OH 45215

                                          /s/ Alan K. Motes  
                                          Office of the United States Trustee